USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __06/09/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**YAN XUE,**

                 **Plaintiff,**

     -against-

**MERRICK GARLAND,** *Attorney General of the United States*, **ET AL.,**

                 **Defendants.**

**21-cv-04613 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    On May 31, 2021, Ms. Xue filed a Petition in the Nature of Mandamus. ECF No. 3.[1] The caption of the case currently includes personally identifiable information (Plaintiff's A number). Therefore, the Court *sua sponte* orders that the caption be amended as shown above to remove Plaintiff's A number. The Clerk of Court is directed to amend the party names on ECF accordingly.

**SO ORDERED.**

**Dated: June 9, 2021**
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**

---

[1] The Petition was initially mistakenly filed as a Complaint. *See* ECF No. 1.